David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, YULANDA D. HODGE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YULANDA D. HODGE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00436-GMN-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　Plaintiff YULANDA D. HODGE and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.

…

…

41 (a)(2) as to **EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 4, 2018

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Bradley Austin, Esq.
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
baustin@swlaw.com

## **ORDER**

IT IS SO ORDERED.

DATED this __14__ day of June, 2018.   _____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE